1  CURTIS E. ALLEN, ESQ. (STATE BAR NO. 187748)
   303 Twin Dolphin Drive, 6th Floor
2  Redwood City, CA 94065
   Ph: (650) 868-6620; Fax: (650) 362-1864
3  e-mail: CurtisAllen@BayAreaJustice.com

4
   Attorneys for Plaintiff Alvin Go
5

6

7

8                UNITED STATES DISTRICT COURT

9                NORTHERN DISTRICT OF CALIFORNIA

10

11 ALVIN GO,                          )  CASE NO. CV09-01362 BZ
                                      )
12              Plaintiff,            )  **PLAINTIFF'S NOTICE OF SETTLEMENT
                                      )  AND REQUEST FOR CONTINUANCE OF
13         v.                         )  DEADLINES AND ~~PROPOSED~~ ORDER**
                                      )
14 MATRIX ABSENCE MANAGEMENT,         )
   INC., RELIANCE STANDARD LIFE       )
15 INSURANCE COMPANY,                 )
                                      )
16              Defendants.           )
                                      )
17

18

19     1. Plaintiff has timely served the lawsuit on defendants.

20     2. The parties entered into settlement negotiations in order to obviate the need for

21        litigating this matter. Toward this end while the parties are negotiating they have

22        extended the deadline for defendants to file responsive pleadings.

23     3. The parties have reached a settlement in principle regarding the above-captioned

          matter.
24
       4. The parties are currently in the process of finalizing the written settlement
25
          agreement.
26
       5. The parties do not foresee any difficulty completing the settlement agreement and
27
          effectuating a dismissal of this matter within the next ten (10) calendar days.
28
       6. Therefore, Plaintiff respectfully requests that the Court continue by thirty (30)

-1-
NOTICE OF SETTLEMENT AND PROPOSED ORDER (CV09--01362 BZ)

days:

a) the current June 29, 2009 deadline for filing the Rule 26(f) Report, completing initital disclosures and filing a case management conference statement

b) the current July 6, 2009 Case Management Conference.

Dated June 29, 2009

                                                    //s//
                              CURTIS E. ALLEN, ESQ., ATTORNEY FOR
                              FOR PLAINTIFF ALVIN GO

Having reviewed the foregoing, and good cause appearing, the June 29 and July 6, 2009 deadlines referenced above are continued, respectively, to July 27, 2009 and the CMC to August 3, 2009 at 4:00 p.m.

Date: June 30, 2009

                              MAGISTRATE JUDGE BERNANRD ZIMMERMAN