1  CURTIS E. ALLEN, ESQ. (STATE BAR NO. 187748)
   303 Twin Dolphin Drive, 6th Floor
2  Redwood City, CA 94065
   Ph: (650) 868-6620; Fax: (650) 362-1864
3  e-mail: CurtisAllen@BayAreaJustice.com

4  Attorneys for Plaintiff Alvin Go

5

6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10

11  ALVIN GO,                          )   CASE NO. CV09-01362 BZ
                                       )
12                       Plaintiff,    )   **PLAINTIFF'S NOTICE OF SETTLEMENT**
                                       )   **AND**
13                 v.                  )   **REQUEST FOR FINAL CONTINUANCE OF**
                                       )   **DEADLINES**
14  MATRIX ABSENCE MANAGEMENT,         )   **AND**
    INC., RELIANCE STANDARD LIFE       )   ~~PROPOSED~~ **ORDER**
15  INSURANCE COMPANY,                 )
                                       )
16                       Defendants.   )
                                       )

17

18  _____

19

20

           1.  Plaintiff has timely served the lawsuit on defendants.
21
           2.   The parties entered into settlement negotiations in order to obviate the need for
22
               litigating this matter.  Toward this end while the parties are negotiating they have
23
               extended the deadline for defendants to file responsive pleadings.
24
           3.  The parties have now reached a settlement regarding the above-captioned matter.
25
           4.  A previous request to continue the case management conference and related
26
               deadlines was requested in light of the fact that the parties had reached an
27
               agreement in principal that would likely obviate the need for further litigation.
28
           5.  Subsequently the parties have finalized the written settlement agreement, though

               logistical issues have briefly delayed the filing of the notice of dismissal.

6. Plaintiff has executed the settlement agreement and the defendants are in the process of doing the same.

7. The parties do not foresee any difficulty in obtaining a fully executed settlement agreement and effectuating a dismissal of this matter within the next ten (10) calendar days.

8. Therefore, Plaintiff respectfully requests that the Court continue by thirty (30) days:

a) the current July 27, 2009 deadline for filing the Rule 26(f) Report, completing initital disclosures and filing a case management conference statement

b) the current August 3, 2009 Case Management Conference.

Dated July 31, 2009

_____//s//_____
CURTIS E. ALLEN, ESQ., ATTORNEY FOR
FOR PLAINTIFF ALVIN GO

Having reviewed the foregoing, and good cause appearing, the July 27and August 3, 2009 deadlines referenced above are continued, respectively, to
_September 8, 2009 and the CMC to_ September 14, 2009 at 4:00 p.m.

Date: _ August 3, 2009 ____        _____

MAGISTRATE JUDGE BERNANRD ZIMMERMAN